VIRGINIA C. MUNDY, Respondent, v. NORRIS H. MUNDY, JR., Appellant.—

No opinion.  Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ., concur. [See *post,* p. 766.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP ORLANDO, Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

■

IRENE E. STEWART, Appellant, v. LYNN A. STEWART, Respondent.—

No opinion.  Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ., concur.

■

ROBERT WEIN, an Infant, by ARTHUR WEIN, His Guardian ad Litem, et al., Respondents, v. HAROLD A. ZELUCK, Defendant, and SAMUEL ZELUCK, Appellant.—

No opinion.  Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

■

SOLOMON WEISS, Appellant, v. CHEVERA SWARD BUSSACH AHRIH OF FLATBUSH, Respondent.—

Defendant owed plaintiff no duty, on the day he fell, to maintain a light in the place where he entered without invitation of or direction by defendant.  Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.